IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES DENNIS ABBOTT**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | Civil Action Number |
| | ) | **5:04-cv-8021-UWC** |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The Court has carefully considered the Report and Recommendation ("R&R") of the Magistrate Judge, together with the absence of objections to them.[1]  After due consideration, the Court hereby APPROVES the said R&R and ADOPTS them as its own by reference as if fully set forth herein.

Accordingly, by separate Order, the case will be dismissed.

Done this 10th day of March, 2005.

_____
U.W. Clemon
Chief United States District Judge

---

[1] Plaintiff was granted two extensions of time within which to file objections.  Nonetheless, he has failed to do so.